**E-FILED**

Wednesday, 22 September, 2004  03:28:01 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

## For the Seventh Circuit

### Chicago, Illinois 60604
### NOTICE OF ISSUANCE OF MANDATE

DATE:     September 21, 2004

TO:       John M. Waters
          United States District Court
          Central District of Illinois
          Suite 218
          201 S. Vine Street
          U.S. Courthouse
          Urbana, IL  61802-3369



FILED

SEP 2 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM:     Gino J. Agnello, Clerk

RE: 04-1766                              04-1767
    Johnson, Eugene W. v. Mills, Larry   Johnson, Eugene v. Young, Frank
    04 C 2033, Harold A. Baker, Judge    04 C 2034, Harold A. Baker, Judge

    04-1768                              04-1769
    Johnson, Eugene v. Hegg, Clifford    Johnson, Eugene v. Miller, Doug
    04 C 2035, Harold A. Baker, Judge    04 C 2036, Harold A. Baker, Judge

        Herewith is the mandate of this court in this appeal, along
        with the Bill of Costs, if any.  A certified copy of the
        opinion/order of the court and judgment, if any, and any
        direction as to costs shall constitute the mandate.

        [ ] No record filed
        [X] Original record on appeal consisting of:
**ENCLOSED:**                    **TO BE RETURNED AT LATER DATE:**
        [4]      Volumes of pleadings            [ ]
        [ ]      Loose pleadings                 [ ]
        [ ]      Volumes of transcripts          [ ]
        [ ]      Volumes of exhibits             [ ]
        [ ]      Volumes of depositions          [ ]
        [ ]      In Camera material              [ ]
        [ ]      Other_____ [ ]
                 _____
                 Record being retained for use    [ ]
                 in Appeal No. _____

        Copies of this notice sent to:      Counsel of record
        [ ]      United States Marshal
        [ ]      United States Probation Office
**NOTE TO COUNSEL:**
        If any physical and large documentary exhibits have been filed in
        the above-entitled cause, they are to be withdrawn ten days from the
        date of this notice.  Exhibits not withdrawn during this period will
        be disposed of.

        Please acknowledge receipt of these documents on the enclosed copy
        of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted August 16, 2004
Decided August 30, 2004

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| EUGENE W. JOHNSON, JR.,<br>        Plaintiff-Appellant,<br><br>Nos. 04-1766, 04-1767, 04-1768<br>    and 04-1769          v.<br><br>LARRY MILLS, FRANK YOUNG, et al.,<br>        Defendants-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] Nos. 04 C 2033<br>]        04 C 2034<br>]        04 C 2035<br>]        04 C 2036<br>]<br>] Harold A. Baker, Judge. |

## ORDER

Appellant has filed motions to proceed in forma pauperis in these consolidated appeals.  This court has carefully reviewed the final orders of the district court, the records on appeal, and appellant's motions to proceed in forma pauperis.  Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues.  *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would be a waste of time and no member of the panel desires briefing or argument).  Accordingly,

IT IS ORDERED that the motions to proceed in forma pauperis are DENIED, and the final orders of the district court are summarily AFFIRMED.